# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| VOLTEON LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ZTE CORPORATION,<br><br>　　　　　Defendant. | Case No. 2:23-cv-00137-JRG<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Plaintiff Volteon LLC's ("Plaintiff") Unopposed Second Motion for Extension of Time to Serve Infringement Contentions, and for Defendant ZTE Corporation ("Defendant") to Serve Invalidity Contentions and Subject-Matter Eligibility Contentions (the "Motion"). **Dkt. No. 18.**

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that the deadline for Plaintiff to comply with P.R. 3-1 and 3-2 (Infringement Contentions) is extended up to and including February 1, 2024. It is further **ORDERED** that the deadline for Defendant to comply with P.R. 3-3 and 3-4 (Invalidity Contentions) and the Standing Order Regarding Subject-Matter Eligibility Contentions is extended up to and including April 11, 2024.